E-Filing

FILED

MAY 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO, LTD, | No | C-01-2424 VRW |
| Plaintiff, | | ORDER |
| v | | |
| TWINHEAD CORP et al, | | |
| Defendants. | | |

The court having been informed that the parties have reached a settlement in this action, Doc #110, the clerk is DIRECTED to close the file. Any party may apply to the court within 60 days to reopen the case or for such further process as is necessary.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge