Attachment A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | CASE NO.   C 01 2424 (VRW) <br> JURY DEMANDED |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| TWINHEAD CORPORATION and TWINHEAD INTERNATIONAL CORPORATION | Judge:   Hon. Vaughn R. Walker |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff and Counterdefendant Samsung Electronics Co., Ltd. ("Samsung"), by and through its counsel of record, and Defendants and Counterclaimants Twinhead Corporation and Twinhead International Corporation (collectively "Twinhead"), by and through their attorneys of record, agree and stipulate as follows:

1. All claims and counterclaims in this action brought by Samsung against Twinhead or by Twinhead against Samsung are hereby dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

///
2.    Each party is to bear its own costs and attorneys' fees in connection with these claims and counterclaims.

Dated: June 8, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
MARK FOWLER, ESQ.,
Attorney-in-Charge
State Bar No. 124235
mark.fowler@dlapiper.com
M. ELIZABETH DAY, ESQ.
State Bar No. 177125
elizabeth.day@dlapiper.com
SAL LIM, ESQ.
State Bar No. 211836
sal.lim@dla.com
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

ATTORNEYS FOR PLAINTIFF,
SAMSUNG ELECTRONICS CO., LTD.

Dated: June 8, 2005

PAUL HASTINGS JANOFSKY & WALKER

By: _____
NED ISOKAWA, ESQ
Attorney-in-Charge
State Bar No. 066287
nedisokawa@paulhastings.com
LOUISA WEIX, ESQ.
State Bar No. 1187753
louisaweix@paulhastings.com
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

TRAN LAW FIRM L.L.P.
TRANG Q. TRAN, ESQ.
State Bar No. 00795787

mail@tranlawfirm.net
Lyric Centre
440 Louisiana, Suite 590
Houston, Texas 77002
Telephone: (713) 223-8855
Facsimile: (713) 223-2097


**LAW OFFICES OF LAI AND ASSOCIATES, P.C.**
ANDY LAI, ESQ.
State Bar No. 11820925
7322 Southwest Freeway, Suite 868
Houston, Texas 77074
Telephone: (713) 988-5666
Facsimile: (713) 988-8846

**THORNTON TAYLOR BECKER & SHINN, L.L.P.**
PHILLIP F. SHINN, ESQ
State Bar No. 112051
pshinn@thornton-taylor.com
731 Samsone Street, Suite 300
San Francisco, California 94111
Telephone: (415) 421-8890
Facsimile: (415) 421-0688

**TROP PRUNER HU, P.C.**
DAN HU, ESQ.
hu@tphm.com
8554 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone: (713) 468-8880
Facsimile: (713) 468-8883

ATTORNEYS FOR DEFENDANTS,
TWINHEAD CORPORATION and TWINHEAD
INTERNATIONAL CORPORATION.

## ORDER

PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

VAUGHN R. WALKER
United States District Judge